## PIEDMONT TRIAD REG'L WATER AUTH. v. LAMB

No. 312P02

Case below: 150 N.C. App. 594

Petition by plaintiff for writ of supersedeas denied 15 August 2002. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002. Temporary stay dissolved 15 August 2002.

## RATCLIFF v. N.C. DEP'T OF HEALTH AND HUMAN SERVS.

No. 292P02

Case below: 149 N.C. App. 976

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

## ROSERO v. BLAKE

No. 322A02

Case below: 150 N.C. App. 250

Motion by defendant for temporary stay denied 25 July 2002. Petition by defendant for writ of supersedeas denied 25 July 2002. Petition by plaintiff for writ of supersedeas allowed 15 August 2002. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellant Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 15 August 2002.

## RUIZ v. BELK MASONRY CO.

No. 154P02

Case below: 148 N.C. App. 675

Motion by plaintiff to dismiss the appeal for lack of substantional constitutional question allowed 15 August 2002. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.